**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1767**

_____

ERIC S. CLARK,

Plaintiff – Appellant,

v.

THE COUNTY OF FAIRFAX, VIRGINIA; JOHN H. KIM, in his individual capacity and in his capacity as employee of Fairfax County, Virginia; T. B. SMITH, in his individual capacity and in his capacity as employee of Fairfax County, Virginia; JOHN SPATA, in his individual capacity and in his capacity as employee of Fairfax County, Virginia,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:14-cv-00286-LMB-JFA)

_____

Submitted: November 25, 2014      Decided: December 2, 2014

_____

Before GREGORY and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Eric S. Clark, Appellant Pro Se. Jamie Marie Greenzweig, FAIRFAX COUNTY ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric S. Clark appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint as barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Clark v. Cnty. of Fairfax, No. 1:14-cv-00286-LMB-JFA (E.D. Va. July 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED